ERIC GRANT
United States Attorney
MATTHEW DE MOURA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

Aug 15, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

CRUZ TINAJERO,

ASHAN NAEEM,

                Defendants.

CASE NO. 2:25-MJ-0113 SCR

[PROPOSED] ORDER TO FILE REDACTED COPY OF AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

    The United States' motion to partially unseal the Affidavit in Support of Criminal Complaint in the above-referenced case, to file a redacted copy of the sealed Affidavit, and to keep the Motion to File Redacted Copy of Affidavit in Support of Criminal Complaint sealed is GRANTED. The Clerk of the Court is directed to unseal the above referenced case and seal the original Criminal Complaint and the United States' Motion to Redact. The Clerk of the Court is further directed to file the redacted Criminal Complaint on the public docket.

Dated: August 15, 2025

_____
HON. SEAN C. RIORDAN
United States Magistrate Judge