ERIC GRANT
United States Attorney
MATTHEW DE MOURA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-0204-DJC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO FILE REDACTED COPY OF INDICTMENT |
| v. | |
| CRUZ TINAJERO, ASHAN NAEEM, | |
| Defendants. | |

The United States' motion to partially unseal the Indictment in the above-referenced case, to file a redacted copy of the sealed Indictment, and to keep the Motion to File Redacted Copy of Indictment sealed is GRANTED. The Clerk of the Court is directed to unseal the above referenced case and seal the original Indictment and the United States' Motion to Redact. The Clerk of the Court is further directed to file the redacted Indictment on the public docket.

Dated: August 28, 2025

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE