ERIC GRANT
United States Attorney
MATTHEW DE MOURA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Aug 28, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**REDACTED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRUZ TINAJERO,<br>AHSAN NAEEM, AND<br>████████████████<br><br>Defendants. | CASE NO. 2:25-cr-0204 DJC<br><br>21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl; 21 U.S.C. § 841(a)(1) – Distribution of Fentanyl (4 Counts); 21 U.S.C. § 853(a) – Criminal Forfeiture |

<u>I N D I C T M E N T</u>

COUNT ONE: [21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl]

The Grand Jury charges: T H A T

CRUZ TINAJERO,
AHSAN NAEEM, and
████████████████

defendants herein, beginning on a date unknown, but no later than on or about April 11, 2024, and continuing through on or about November 13, 2024, in San Joaquin County, State and Eastern District of California, and elsewhere did knowingly and intentionally conspire and agree with persons known and unknown to the Grand Jury to distribute and to possess with intent to distribute at least 400 grams of

1  a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-
2  piperidinyl] propanamide, commonly known as fentanyl, a Schedule II Controlled Substance, all in
3  violation of Title 21, United States Code, Section 841(a)(1).
4  COUNT TWO: [21 U.S.C. § 841(a)(1) – Distribution of Fentanyl]
5      The Grand Jury further charges: T H A T
6                    CRUZ TINAJERO,
7  defendant herein, on or about April 12, 2024, in San Joaquin County, State and Eastern District of
8  California, did knowingly and intentionally distribute at least 40 grams of a mixture and substance
9  containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide,
10 commonly known as fentanyl, a Schedule II Controlled Substance, in violation of Title 21, United States
11 Code, Section 841(a)(1).
12 COUNT THREE: [21 U.S.C. § 841(a)(1) – Distribution of Fentanyl]
13     The Grand Jury further charges: T H A T
14                    CRUZ TINAJERO and
                       AHSAN NAEEM,
15
16 defendants herein, on or about May 13, 2024, in San Joaquin County, State and Eastern District of
17 California, did knowingly and intentionally distribute at least 40 grams of a mixture and substance
18 containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide,
19 commonly known as fentanyl, a Schedule II Controlled Substance, in violation of Title 21, United States
20 Code, Section 841(a)(1).
21 COUNT FOUR: [21 U.S.C. § 841(a)(1) – Distribution of Fentanyl]
22     The Grand Jury further charges: T H A T
23                    CRUZ TINAJERO,
                      AHSAN NAEEM, and
24                    ███████████████
25 defendants herein, on or about June 27, 2024, in San Joaquin County, State and Eastern District of
26 California, did knowingly and intentionally distribute a mixture and substance containing a detectable
27 amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a
28 Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT FIVE: [21 U.S.C. § 841(a)(1) – Distribution of Fentanyl]

The Grand Jury further charges: T H A T

CRUZ TINAJERO,

defendant herein, on or about September 12, 2024, in San Joaquin County, State and Eastern District of California, did knowingly and intentionally distribute at least 40 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

FORFEITURE ALLEGATION: [21 U.S.C. § 853(a)– Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One through Five of this Indictment, defendants CRUZ TINAJERO, AHSAN NAEEM, and ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇ shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

    a. Any real or personal property, which constitutes or is derived from any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offenses.

    b. A sum of money equal to the total amount of proceeds obtained as a result of the offenses, for which defendant is convicted.

3. If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Five of this Indictment, for which defendants are convicted:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

///

///

1  it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28,
2  United States Code, Section 2461(c), to seek forfeiture of any other property of defendants, up to the
3  value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

*Rosanne Rust*
ERIC GRANT
United States Attorney
By: Rosanne L. Rust
    White Collar Crime Chief

INDICTMENT

4

No. 2:25-cr-0204 DJC

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
*vs.*

CRUZ TINAJERO,
AHSAN NAEEM, AND
███████████████

## INDICTMENT

**VIOLATION(S):** 21 U.S.C. § 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl; 21 U.S.C. § 841(a)(1) – Distribution of Fentanyl (4 Counts); 21 U.S.C. §853(a) – Criminal Forfeiture

*A true bill,*    /s/ Signature on file w/AUSA

_____
*Foreman.*

*Filed in open court this* __28th__ *day*

*of* __August__ , *A.D. 20* 25

/s/ Chris Nair
_____
*Clerk.*

*Bail, $* __As to ███ - bench warrant to issue; detention/release TBD at initial appearance__

As to Tinajero & Naeem- No process    *U.S. Magistrate Judge*

GPO 863 525

United States v. CRUZ TINAJERO,
AHSAN NAEEM, AND
███████████████

Penalties for Indictment

**COUNT 1:**
**Defendants:** Cruz TINAJERO, Ahsan NAEEM, ███████████

VIOLATION: 21 U.S.C. § 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl

PENALTIES: Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 2:**
**Defendant:** Cruz TINAJERO

VIOLATION: 21 U.S.C. § 841(a)(1) – Distribution of Fentanyl

PENALTIES: Mandatory minimum of 5 years in prison and a maximum of 40 years in prison; or
Fine of up to $5,000,000; or both fine and imprisonment
Supervised release of at least 4 years and up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 3:**
**Defendants:** Cruz TINAJERO, Ahsan NAEEM

VIOLATION: 21 U.S.C. § 841(a)(1) – Distribution of Fentanyl

PENALTIES: Mandatory minimum of 5 years in prison and a maximum of 40 years in prison; or
Fine of up to $5,000,000; or both fine and imprisonment
Supervised release of at least 4 years and up to life.

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 4:**
**Defendants: Cruz TINAJERO, Ahsan NAEEM,** ▮

VIOLATION:    21 U.S.C. § 841(a)(1) – Distribution of Fentanyl

PENALTIES:    Imprisonment of up to 20 years; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100

**COUNT 5:**
**Defendant: Cruz TINAJERO**

VIOLATION:    21 U.S.C. § 841(a)(1) – Distribution of Fentanyl

PENALTIES:    Mandatory minimum of 5 years in prison and a maximum of 40 years in prison; or
Fine of up to $5,000,000; or both fine and imprisonment
Supervised release of at least 4 years and up to life.

SPECIAL ASSESSMENT: $100

**FORFEITURE ALLEGATION:    ALL DEFENDANTS**
VIOLATION:    21 U.S.C. § 853(a) - Criminal Forfeiture

PENALTIES:    As stated in the charging document