UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 15, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

CRUZ TINAJERO,

    Defendant.

Case No. 2:25-cr-00204-DJC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release CRUZ TINAJERO, Case No. 2:25-cr-00204-DJC, Charge 21 U.S.C. § 846, 841(a)(1), from custody for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $ 30,000.00.

        _X_ Unsecured Appearance Bond $ 30,000.00.

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        _X_ (Other): The Defendant shall be released on 9/16/2025 at 9:00 a.m. and report directly to the Pretrial Services Agency for processing.

Sacramento County Jail is further ORDERED to release the defendant with a _X_ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on September 15, 2025 at 9:30 a.m.

By: _/s/ Jeremy Peterson_
Magistrate Judge Jeremy D. Peterson