HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Tinajero

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25cr204-DJC-1 |
| Plaintiff, | **STIPULATION AND [Proposed] ORDER TO MODIFY CONDITIONS OF RELEASE** |
| vs. | Judge: Hon. Jeremy D. Peterson |
| CRUZ TINAJERO, | |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Matthew De Moura, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Cruz Tinajero, that the special conditions of bond be modified as follows.

1. Mr. Tinajero is ordered to complete the 90-day residential substance abuse treatment program at Wellspace. Dkt. 37, Condition #3.

2. Unbeknownst to the parties and Pretrial Services at the time the condition were set, Mr. Tinajero's co-defendant is a resident at Wellspace. Mr. Tinajero is not permitted to interact with his co-defendants. *Id*. at Condition #14.

3. Mr. Tinajero moves to amend special condition # 3 so that he must complete the 90-day substance abuse program at Westcare in place of Wellspace.

4. The government and pretrial services do not object to Mr. Tinajero's motion.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 18, 2025

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Tinajero

Date: September 18, 2025

ERIC GRANT
United States Attorney

*/s/ MATTHEW DE MOURA*
MATTHEW DE MOURA
Assistant United States Attorney
Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: September 18, 2025

_____
Honorable Jeremy D. Peterson
United States Magistrate Judge