ERIC GRANT
United States Attorney
MATTHEW DE MOURA
Special Assistant United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-0204-DJC |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| CRUZ TINAJERO, and AHSAN NAEEM, | DATE: November 6, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on November 6, 2025.

2. By this stipulation, defendants now move to continue the status conference until January 29, 2026, and to exclude time between November 6, 2025, and January 29, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 200 pages of law enforcement reports, photographs, and other evidence, as well as multiple video and audio recordings. Some of these materials contain sensitive information that could identify law enforcement confidential sources. The parties are discussing a proposed stipulated protective order to govern these materials. Once a protective order has been agreed

upon and signed, the government anticipates producing the discovery to defense counsel within a week.

      b)    Counsel for defendants desire additional time to review the charges and potential responses to them with their clients, to reach agreement on an acceptable protective order, to review discovery, to conduct defense investigation, and to otherwise prepare for trial.

      c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 6, 2025 to January 29, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 31, 2025                            ERIC GRANT
                                                                           United States Attorney

                                                                          /s/ DAVID W. SPENCER
                                                                          DAVID W. SPENCER
                                                                          Assistant United States Attorney

| | |
|---|---|
| Dated: October 31, 2025 | /s/ HOOTAN BAIGMOHAMMADI <br> HOOTAN BAIGMOHAMMADI <br> Assistant Federal Defender <br> Counsel for Defendant <br> Cruz Tinajero |
| Dated: October 31, 2025 | /s/ DINA L. SANTOS <br> DINA L. SANTOS <br> Counsel for Defendant <br> Ahsan Naeem |

**ORDER**

IT IS SO FOUND AND ORDERED.

Date: October 31, 2025        /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE