ERIC GRANT
United States Attorney
MATTHEW DE MOURA
Special Assistant United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>CRUZ TINAJERO, and<br>AHSAN NAEEM,<br><br>      Defendants. | CASE NO.  2:25-CR-0204-DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 29, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

1. By previous order, this matter was set for status on January 29, 2026.

2. By this stipulation, defendants now move to continue the status conference until April 16, 2026, and to exclude time between January 29, 2026, and April 16, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

 a) The government has represented that the discovery associated with this case includes over 200 pages of law enforcement reports, photographs, and other evidence, as well as multiple video and audio recordings.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

b)      Counsel for defendants desire additional time to review the charges and potential responses to them with their clients, to review discovery, to conduct defense investigation, and to otherwise prepare for trial.

c)      In addition, counsel for defendant Tinajero has another federal jury trial scheduled for early February.

d)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 29, 2026 to April 16, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 26, 2026

ERIC GRANT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  January 26, 2026                  /s/ HOOTAN BAIGMOHAMMADI
                                          HOOTAN BAIGMOHAMMADI
                                          Assistant Federal Defender
                                          Counsel for Defendant
                                          Cruz Tinajero


Dated:  January 26, 2026                  /s/ DINA L. SANTOS
                                          DINA L. SANTOS
                                          Counsel for Defendant
                                          Ahsan Naeem


## ORDER

IT IS SO FOUND AND ORDERED this 26th day of January 2026.


Dated:  January 26, 2026          /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE


STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3