ERIC GRANT
United States Attorney
MATTHEW DE MOURA
Special Assistant United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>ROBERTO JESUS TADEO BELTRAN,<br>CRUZ TINAJERO, and<br>AHSAN NAEEM,<br><br>                              Defendants. | CASE NO.  2:25-CR-0204-DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 16, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

1.      By previous order, this matter was set for status on April 16, 2026.

2.      By this stipulation, defendants now move to continue the status conference until July 30, 2026, and to exclude time between April 16, 2026, and July 30, 2026, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes over 200 pages of law enforcement reports, photographs, and other evidence, as well as multiple video and audio recordings.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

b)    Defendant Beltran was recently arrested in the District of Arizona and first appeared in this district on April 2, 2026. *See* ECF 70 (minutes).

c)    Counsel for defendants desire additional time to review the charges and potential responses to them with their clients, to review discovery, to conduct defense investigation, and to otherwise prepare for trial.

d)    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)    The government does not object to the continuance.

f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 16, 2026 to July 30, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 8, 2026

ERIC GRANT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  April 8, 2026                    /s/ MICHAEL E. HANSEN
                                         MICHAEL E. HANSEN
                                         Counsel for Defendant
                                         Roberto Jesus Tadeo Beltran


Dated:  April 8, 2026                    /s/ HOOTAN BAIGMOHAMMADI
                                         HOOTAN BAIGMOHAMMADI
                                         Assistant Federal Defender
                                         Counsel for Defendant
                                         Cruz Tinajero


Dated:  April 8, 2026                    /s/ DINA L. SANTOS
                                         DINA L. SANTOS
                                         Counsel for Defendant
                                         Ahsan Naeem


**ORDER**


Dated:  April 8, 2026                    /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3